**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2518**

---

JEROME ANDREW BURNETT,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA; DEPARTMENT OF JUSTICE,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:25-cv-03475-BAH)

---

Submitted:  July 23, 2026                          Decided:  July 27, 2026

---

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jerome Andrew Burnett, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Andrew Burnett appeals the district court's orders (1) sua sponte dismissing his complaint alleging violations of his civil and constitutional rights, and denying as moot his motion to proceed in forma pauperis; and (2) denying reconsideration of the dismissal order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Burnett v. United States*, No. 1:25-cv-03475-BAH (D. Md. Nov. 20, 2025; Dec. 2, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*